IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | | |
|---|---|---|
| CONSTANTINE MACRICOSTAS | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:11cv178(GBL/TCB) |
| TELEPATH NETWORKS, INC. | * | |
| Defendant | * | |
| | * | |
| * * * * * * * * * | * * * * * * * * * * | |

**VOLUNTARY STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Constantine Macricostas, and the Defendant, Telepath Networks, Inc., hereby enter this Voluntary Stipulation of Dismissal of this action with each party to bear its own costs and attorney fees.  The entry of this Dismissal is without prejudice to the right of a party to move for good cause within 30 days to reopen this action.  If no party moves to reopen, the dismissal shall be **with Prejudice**.

[The remainder of this page is purposefully blank; the signature page follows.]

Dated: August 3, 2011

                         Respectfully submitted,

| | |
|---|---|
| **CONSTANTINE MACRICOSTAS**<br>The Plaintiff, by Counsel | **TELEPATH NETWORKS, INC.**<br>The Defendant, by Counsel |
| __/s/ Joseph D. Wilson__<br>Joseph D. Wilson (VSB 43693)<br>James E. Nealon (*pro hac vice*)<br>KELLEY, DRYE & WARREN, LLP<br>3050 K Street N.W.<br>Washington Harbour, Suite 400<br>Washington, D.C. 20007<br>Telephone:  (202) 342-8400<br>Facsimile:  (202) 342-8451<br>jwilson@kelleydrye.com<br>jnealon@kelleydrye.com<br><br>*Attorneys for* Constantine Macricostas, the Plaintiff | _/s/__ Elias G. Saboura-Polkovotsy_____<br>Matthew A. Ranck (VSB No. 51110)<br>ECCLESTON AND WOLF, P.C.<br>Baltimore-Washington Law Center<br>7240 Parkway Drive-4th Floor<br>Hanover, Maryland 21076<br>Telephone:  (703) 218-5330<br>Facsimile:  (410) 752-0611<br>*Ranck@ewva..com*<br><br>And<br><br>Elias G. Saboura-Polkovotsy<br>(VSB No. 72256)<br>ECCLESTON AND WOLF, P.C.<br>Baltimore-Washington Law Center<br>7240 Parkway Drive-4th Floor<br>Hanover, Maryland 21076<br>Telephone:  (703) 218-5330<br>Facsimile:  (410) 752-0611<br>*saboura@ewva.com*<br><br>*Attorneys for* Telepath Networks, Inc., the Defendant |

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 3rd day of August 2011 I will file the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      Matthew A. Ranck
      Elias G. Saboura-Polkovotsy
      ECCLESTON AND WOLF, P.C.
      Baltimore-Washington Law Center
      7240 Parkway Drive-4th Floor
      Hanover, Maryland 21076
      *Ranck@ewva..com*
      *saboura@ewva.com*

   Furthermore, I hereby certify that the aforementioned document was mailed first class, postage prepaid to the above listed counsel of record as well.

          /s/ Joseph D. Wilson_____
          Joseph D. Wilson (VSB 43693)
          James E. Nealon (*pro hac vice*)
          KELLEY, DRYE & WARREN, LLP
          3050 K Street N.W.
          Washington Harbour, Suite 400
          Washington, D.C. 20007
          Telephone:  (202) 342-8400
          Facsimile:  (202) 342-8451
          jwilson@kelleydrye.com
          jnealon@kelleydrye.com

          *Attorneys for* Constantine Macricostas, the Plaintiff